ACCEPTED
14-15-00569-CR
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 12:53:40 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTEENTH SUPREME JUDICIAL DISTRICT
AT HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/17/2015 12:53:40 PM
CHRISTOPHER A. PRINE
Clerk

| | | |
|---|---|---|
| WALTER R. SAM | § | |
| Appellant | § | |
| vs. | § | No. 14-15-00569-CR |
| THE STATE OF TEXAS, | § | |
| Appellee | § | |

**MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF**

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, WALTER R. SAM, the Appellant herein, and moves the Court for an extension of time to file Appellant's Brief in this cause, and in support thereof would show the Court as follows:

I.

The Appellant in this cause was convicted in the 337th District Court of Harris County, Texas in cause number 1419418 for the offense of Murder. Punishment was assessed at 70 years Confinement in Texas Department Of Criminal Justice Institutional Division..

II.

Counsel files this Motion For Extension Of Time To File Appellant's Brief, requesting an extension until January 16, 2016. This Motion For Extension is request because counsel was unable to complete Appellant's brief by the expected date December 16, 2015.

III.

Because of the length of the record, the nature of the issues to be raised in Appellant's brief, and Counsel's recent hospitalization, Counsel was not be able to complete the brief.

The Appellant hereby requests this extension of time to file Appellant's Brief. Appellant has a meritorious appeal. This request for additional time to file Appellant's brief is made in the interest of justice, and not for the purpose of delay.

**WHEREFORE, PREMISES CONSIDERED**, the undersigned counsel, on behalf of Appellant, respectfully prays that this Honorable Court extend the time for filing Appellant's Brief in this cause until January 16, 2016.

RESPECTFULLY SUBMITTED,

WILFORD A. ANDERSON
708 Main Street, Suite 790
HOUSTON, TEXAS 77002
(713) 229-0511

\S\ *Wilford A. Anderson*
WILFORD A. ANDERSON
SB# 01232300

## CERTIFICATE OF SERVICE

As Attorney of Record for Defendant, I do hereby certify that a true and correct copy of the above and foregoing document was this date provided to the Prosecution.

Date: December 17, 2015

\S\ *Wilford A. Anderson*
Attorney for Defendant